FLORENCE NUNNALLY, Respondent, *v.* NEW YORKER STAATS-ZEITUNG, Appellant.

*Nunnally* v. *New Yorker Staats-Zeitung,* 111 App. Div. 482, affirmed.
(Argued October 1. 1906; decided October 16, 1906.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 9, 1906, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action for libel.

The following question was certified: "Does the complaint state facts sufficient to constitute a cause of action?"

*William J. Amend, John E. Donnelly* and *Alfred J. Amend* for appellant.

*George H. D. Foster* for respondent.

Order affirmed, with costs, on opinion of PATTERSON, J., below. Question certified answered in the affirmative.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.